

**COHEN HOCHMAN & ALLEN**
ATTORNEYS AT LAW

75 Maiden Lane, Suite 802 | New York, NY 10038
t: 212.566.7081 | f: 212.566.7406 | e: cha@violationlawyers.com
violationlawyers.com

Robert B. Hochman
Otis G. Allen
Bradley J. Green
Lindsay Garroway
Andrew Weltchek

Jessica Masullo
Jason Gil
Nicole Beletsky
Anita Yee
Brandon Leacock
Judith Aarons
Bruce Gomez

November 13, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-14-19
```

By ECF
Hon. Robert W. Lehrburger, U.S.M.J.
500 Pearl St., Room 1960
United States Courthouse
New York, New York 10007

Re:   Sanabria v. 57 Grand Street Café Corp., et al., Case # 1:19-cv-07868-LTS-RWL

Dear Judge Lehrburger:

I represent defendant 57 Grand Street Café Corp. in the referenced case. I write with the consent of the attorneys for the other parties to request a thirty-day adjournment of the Telephonic Initial Pretrial Conference set for November 20, 2019 at 2:30 p.m. to allow the parties time to complete their settlement agreement. The parties believe they are close to settling and need time to confirm the details.

Thank you for your consideration of this request.

Yours truly,

*s/Andrew Weltchek*
Andrew Weltchek

cc:   Ismail Sinan Sekendiz, Esq., attorney for plaintiff
      Eunon Jason Mizrahi, Esq., attorney for defendant Lex-Jay Realty Corp.

*Granted. Telephonic IPTC will be held Dec. 18, 2019 at 10:00 a.m. No further adjournments.*

**SO ORDERED:**

_____ 11/14/19
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE