**SEKENDIZ LAW FIRM P.C.**
Attorneys at Law
45 Broadway 1420
New York, New York 10006
(212) 380-8087

December 17, 2019

Hon. ROBERT W. LEHRBURGER,
00 Pearl Street, Room 18D
United States Courthouse
New York, NY  10007

      Case Name:     Sanabria v. 57 Grand Street Cafe Corp et al
      Case Number: 1:19-cv-07868-LTS-RWL

Hon Magistrate Judge Lehrburger,

Please note that I represent Plaintiff Salustiano Sanabria in the above referenced action. I respectfully request from Your Honor to dismiss this case without prejudice to be restored back to active status within the next 30 days, adjourning the initial conference, which is currently scheduled for December 18, 2019 as well as all existing deadlines *sine die*. The reason for the request is that the parties reached a settlement in principal and are in the process of finalizing the terms of the agreement.

This is Plaintiff's first motion to adjourn the conference *sine die* and all defendants consent.

I thank Your Honor for Your time and consideration.

Dated: New York, New York
      December 17, 2019

                                          Respectfully Submitted,

                                          ___/Ismail S. Sekendiz/_____
                                          Ismail S. Sekendiz (IS-0509)